IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WADE THOMAS, Inmate #B80679,**

**Plaintiff,**

vs.

**KELLY RHODES, et al.,**

**Defendants.**                                   No. 04-CV-16-DRH

### ORDER

**HERNDON, District Judge:**

This matter comes before the Court on the Suggestion of Death filed on behalf of Defendant Jane Simmons. (Doc. 37.) The Suggestion of Death simply states that Defendant Simmons is now deceased; it does not name Simmons' personal representative as implicitly required by **FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)**, *See Walker v. Pistilli*, **1995 WL 151857 (N.D. Ill. Mar. 31, 1995).** Particularly because the Plaintiff is proceeding *pro se*, the Court **DIRECTS** defense counsel to file a proper suggestion of death for Defendant Simmons, which should include information as to whether a personal representative has been or will be appointed for Defendant Simmons. Defense counsel shall provide this information to the Court within 60 days of the date of this Order.

**IT IS SO ORDERED.**

Signed this 13th day of April, 2007.

/s/     David   RHerndon
**United States District Judge**