IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WADE THOMAS, Inmate #B80679,**

**Plaintiff,**

**vs.**

**KELLY RHODES, et al.,**

**Defendants.**                                                              **No. 04-CV-16-DRH**

### ORDER OF DISMISSAL

**HERNDON, District Judge:**

Now before the Court is Plaintiff's motion requesting voluntary dismissal (Doc. 43) and notice of stipulated dismissal (Doc. 45, Attachment A) executed by all parties. Being fully advised in the premises, the Court **GRANTS** Plaintiff's motion requesting voluntary dismissal. (Doc. 43.) **IT IS ORDERED** that this matter in its entirety is hereby voluntarily dismissed with prejudice. Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 10th day of July, 2007.

/s/      David RHerndon
**United States District Judge**