# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WADE THOMAS,**
**Inmate #B80679,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 04-CV-16 DRH**

**KELLY RHODES, et al.,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's Motion for Voluntary Dismissal..

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and this matter is **DISMISSED with prejudice**.

**NORBERT G. JAWORSKI, CLERK**

July 11, 2007                                          BY: /s/Patricia Brown
                                                                 Deputy Clerk

APPROVED: /s/ David R Herndon
                    **U.S. DISTRICT JUDGE**